FILE COPY



| | | |
|---|---|---|
| BRIAN QUINN<br>Chief Justice | **Court of Appeals** | VIVIAN LONG<br>Clerk |
| JAMES T. CAMPBELL<br>Justice | Seventh District of Texas<br>Potter County Courts Building | MAILING ADDRESS:<br>P. O. Box 9540<br>79105-9540 |
| MACKEY K. HANCOCK<br>Justice | 501 S. Fillmore, Suite 2-A<br>Amarillo, Texas 79101-2449 | |
| PATRICK A. PIRTLE<br>Justice | www.txcourts.gov/7thcoa.aspx | (806) 342-2650 |

December 8, 2015

Joseph Wendell Hume
TDCJ-ID#1509979
Polunsky Unit
3872 FM 350 South
Livingston, TX 77351

**RE:**   Case Number:    07-15-00433-CR, 07-15-00434-CR, 07-15-00435-CR,
                         07-15-00436-CR, 07-15-00437-CR
        Trial Court No.:     19597-B, 19600-B, 19601-B, 19611-B, 19619-B
**Style:** Joseph Wendell Hume v. The State of Texas

Dear Mr. Hume:

Appellant Joseph Wendell Hume filed notices of appeal in the above-referenced causes. In each of the notices of appeal, Appellant states that he is appealing the trial court's refusal or failure "to rule on petitioner's petition for bill of review." It appears that the trial court has not signed or entered final, appealable written orders acting on Appellant's motions. Generally, a criminal defendant may appeal only from a final judgment. *See Abbott v. State*, 271 S.W.3d 694, 697 n.8 (Tex. Crim. App. 2008). Consequently, it appears that the Court is without jurisdiction in this case.

By Order of the Court, Appellant is directed to show why the Court has jurisdiction over this appeal. Appellant's response is due **on or before January 7, 2016**. Unless Appellant files a response showing grounds for continuing the appeal by this date, this appeal will be dismissed for want of jurisdiction. Tex. R. App. P. 42.3(a).

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:    Honorable John B. Board (DELIVERED VIA E-MAIL)
      James A. Farren (DELIVERED VIA E-MAIL)
      Jodi Goodman (DELIVERED VIA E-MAIL)
      Jo Carter (DELIVERED VIA E-MAIL)